UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
**02cr10343-GAO**

**UNITED STATES**

v.

**JAMES HOLLIDAY**

RECUSAL ORDER

January 5, 2009

SOROKIN, M.J.

 Pursuant to 28 U.S.C. § 455(a) and (b), I hereby recuse myself from this case and direct that the Clerk assign another Magistrate-Judge to this case.

         /s/ Leo T. Sorokin
         LEO T. SOROKIN
         United States Magistrate Judge